**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

AMIR AGHAEI-MOGHANLOO, )
)
Petitioner, )
)
v. ) Case No. CIV-26-1524-J
)
WARDEN OF DIAMONDBACK )
CORRECTIONAL FACILITY, et al., )
)
Respondents. )

**ORDER**

Petitioner Amir Aghael-Moghanloo, an Iranian citizen, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Petition) challenging his prolonged detention following his removal order. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell issued a Report and Recommendation recommending that the Court grant the Petition and order Petitioner released on an appropriate order of supervision. [Doc. No. 17]. No party objected by the October 21, 2026 deadline, and all have waived their right to de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 17] is ADOPTED, Petitioner's Petition [Doc. No. 1] is GRANTED, and Respondents are ORDERED to immediately release Petitioner subject to an appropriate order of supervision. Respondents SHALL certify compliance within five business days.[1]

A separate judgment will enter.

---

[1] The Court has examined all the relevant filings and would reach the same conclusion on de novo review.

IT IS SO ORDERED this 22nd day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE